UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM DENNIS SOWDERS,

    Plaintiff,

v.

RYAN GOLDBERG,

    Defendant.

Case No. 25-cv-11773

Honorable Robert J. White

**ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTIONS**

William Sowders commenced this *pro se* breach of fiduciary duty action against Ryan Goldberg. Sowders purports to be a "michiganian national and heir by right and bloodline to the posterity of the state of Michigan and these United States of America." (ECF No. 1, PageID.7). Before the Court are Sowders's motions to, in effect, amend the caption of this case to reflect his status as a "michiganinan national but not a U.S. citizen." (ECF No. 11, PageID.31; *see also* ECF No. 12, PageID.33). He also asks this Court to correct alleged clerical errors made in a related state court action. (ECF No. 13). Because this Court lacks the authority to grant the requested relief, it is hereby,

ORDERED that Sowders's miscellaneous motions (ECF Nos. 11-13) are denied.

Dated: July 23, 2025                                s/ Robert J. White
                                                    Robert J. White
                                                    United States District Judge